AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Gary B. Nelson, <br> *Plaintiff* <br> v. <br> Lewis King Cutter; and <br> The State of South Carolina, <br> *Defendants* | ) <br> ) <br> ) Civil Action No.   3:14-cv-03400-JFA <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Gary B. Nelson, shall take nothing of the defendants; Lewis King Cutter and The State of South Carolina, from the complaint filed and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding.  The Court having ruled on the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismisses the complaint without prejudice.

Date:  November 10, 2014                                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                        s/G. Mills
                                                                                       _____
                                                                                         *Signature of Clerk or Deputy Clerk*